File Date: June 20, 2025



**True Copy Attest**

DATE 2/4/2026

**BRENNA B. MAHONEY**
CLERK

BY _August Manziliano_

**DEPUTY CLERK**

FJN:NDB/RMP
F. #2023R00222/NY-NYE-865

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

███████████████████████████████

███████████████████████████████

JUAN SEBASTIAN HOYOS MARTINEZ, also
known as "AA," "Atila 100 New," Sky
ECC pin U69H3D and Signal number 57-
3206195145,
MILOS JOVANOVIC, also known as Sky ECC pin
JVZEGV,

███████████████████████████████

███████████████████████████████

NESTOR ALBERTO MURILLO VARGAS, also
known as "Caballero" and Signal number
57-3017764120,
EDILSON QUINAYAS BURBANO, also known
as "Patas" and "Pele,"

███████████████████████████████

███████████████████████████████
and
███████████████████████████████

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**SUPERSEDING
INDICTMENT**

Cr. No. 23-257 (S-2) (ARR)
(T. 21, U.S.C., §§ 853(p), 881(a) and
960(b)(1)(B)(ii); T. 28, U.S.C.,
§ 2461(c); T. 46, U.S.C., §§ 70503(a)(1),
70503(b), 70504(b)(2), 70506(a),
70506(b) and 70507(a); T. 18, U.S.C.,
§§ 2, 3238 and 3551 et seq.)

THE GRAND JURY CHARGES:

## COUNT ONE
(Conspiracy to Violate the Maritime Drug Law Enforcement Act)

1.      In or about and between August 2020 and December 2020, both dates being approximate and inclusive, within the extraterritorial jurisdiction of the United States, the defendants ███████████████████████████████████████ ████████████████████████ JUAN SEBASTIAN HOYOS MARTINEZ, also known as "AA," "Atila 100 New," Sky ECC pin U69H3D and Signal number 57-3206195145, MILOS JOVANOVIC, also known as Sky ECC pin JVZEGV, ████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████ NESTOR ALBERTO MURILLO VARGAS, also known as "Caballero" and Signal number 57-3017764120, EDILSON QUINAYAS BURBANO, also known as "Patas" and "Pele," ████████ ███████████████████████████████████████ ███████████████████████████████████████ ██████████████████████████ together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance while on board a vessel subject to the jurisdiction of the United States, which offense involved a substance containing cocaine, a Schedule II controlled substance, contrary to Title 46, United States Code, Section 70503(a)(1).  The amount of cocaine involved in the conspiracy attributable to each defendant as a result of their own conduct, and the conduct

3

of other conspirators reasonably foreseeable to them, was five kilograms or more of a substance containing cocaine.

(Title 46, United States Code, Sections 70506(b), 70506(a), 70503(b) and 70504(b)(2); Title 21, United States Code, Section 960(b)(1)(B)(ii); Title 18, United States Code, Sections 3238 and 3551 et seq.)

COUNT TWO
(Attempt to Violate the Maritime Drug Law Enforcement Act)

2.    In or about and between October 2020 and December 2020, both dates being approximate and inclusive, within the extraterritorial jurisdiction of the United States, the defendants ███████████████████████████████████ ████████████████████████████  JUAN SEBASTIAN HOYOS MARTINEZ, also known as "AA," "Atila 100 New," Sky ECC pin U69H3D and Signal number 57-3206195145, MILOS JOVANOVIC, also known as Sky ECC pin JVZEGV, ██████████ ███████████████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████████████ ██████████████████████████████████  NESTOR ALBERTO MURILLO VARGAS, also known as "Caballero" and Signal number 57-3017764120, EDILSON QUINAYAS BURBANO, also known as "Patas" and "Pele," ███████ ███████████████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████  together with others, while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally attempt to distribute and possess with intent to distribute a controlled substance, which offense

4

involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 46, United States Code, Sections 70503(a)(1), 70506(b), 70506(a), 70503(b) and 70504(b)(2); Title 21, United States Code, Section 960(b)(1)(B)(ii); Title 18, United States Code, Sections 2, 3238 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

3.      The United States hereby gives notice to the defendants that, upon their conviction of either of the offenses charged herein, the government will seek forfeiture in accordance with Title 46, United States Code, Section 70507(a), Title 21, United States Code, Section 881(a) and Title 28, United States Code, Section 2461(c), which require the forfeiture of: (a) all moneys, negotiable instruments, securities and other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of Title 46, United States Code, Section 70503; (b) all proceeds traceable to such an exchange, and all moneys, negotiable instruments and securities used or intended to be used to facilitate any violation of Title 46, United States Code, Section 70503; and (c) all conveyances, including aircraft, vehicles and vessels, which were used, or were intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of, property as described in Title 21, United States Code, Sections 881(a)(1), 881(a)(2) or 881(a)(9).

4.      If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

      (a)      cannot be located upon the exercise of due diligence;

      (b)      has been transferred or sold to, or deposited with, a third party;

      (c)      has been placed beyond the jurisdiction of the court;

5

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other

property of the defendants up to the value of the forfeitable property described in this forfeiture

allegation.

(Title 21, United States Code, Sections 853(p) and 881(a); Title 28, United States

Code, Section 2461(c); Title 46, United States Code, Section 70507(a))

A TRUE BILL

/s/
FOREPERSON

By: _Whitman G.S. Knapp, AUSA_
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK